Commonwealth ex rel. Baxter, Appellant, *v.* Ashe.

Argued September 26, 1951. Before DREW, C. J., STERN, STEARNE, JONES, BELL, LADNER and CHIDSEY, JJ.

*G. Harold Blaxter,* for appellant.

*Henry R. Smith, Jr.,* Assistant District Attorney, with him *William S. Rahauser,* District Attorney, and *Gilbert J. Helwig,* for appellee.

OPINION PER CURIAM, November 13, 1951:
The order is affirmed on the opinion of the learned court below.

## Commonwealth *v.* Judge Smart.

